United States District Court
Southern District of Texas
**ENTERED**
December 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JORGE MARTINEZ-PASTOR, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:16-cv-176 |
| | § | (Criminal No. 1:15-cr-784-4) |
| UNITED STATES OF AMERICA, | § | |
|     Respondent. | § | |
| | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the "Magistrate Judge's Report and Recommendation" (Docket No. 6) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Martinez-Pastor's § 2255 motion (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts. A certificate of appealability shall not issue.

Signed on this 20th day of December, 2016

Rolando Olvera
United States District Judge